UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SHIVA STEIN,

                        Plaintiff,

       -against-

BIODELIVERY SCIENCES
INTERNATIONAL, INC., PETER S.
GREENLEAF, JEFFREY A. BAILEY,
TODD C. DAVIS, KEVIN KOTLER,
VANILLA M. SINGH, M.D., MAMC,
MARK A. SIRGO, PHARM.D, and
WILLIAM MARK WATSON,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/17/2023__

22-cv-1600 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated July 20, 2022, the Court directed Plaintiff to serve Defendants and file proof of service on ECF by August 3, 2022 [ECF No. 3]. The Court warned Plaintiff that failure to comply with the Court's Order might result in sanctions, including dismissal of this action. To date, Plaintiff has not filed proof of service or taken any other action to prosecute this case. As such, the case is dismissed.

The Clerk of Court respectfully is requested to close this case.

**SO ORDERED.**

Date: **February 17, 2023**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**